IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MATTHEW EDGAR BRODMAN,

  Appellant,

 v.           Case No.  5D22-1829
             LT Case No. 2017-CF-035993-AX

STATE OF FLORIDA,

  Appellee.
_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Matthew J. Metz, Public Defender,
and Joseph Chloupek, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

  AFFIRMED.

WALLIS, EISNAUGLE and SOUD, JJ., concur.